```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
```

Luda Cannon                         :
                                    :
        Plaintiff,                  :
                                    :   Case No. 2:20-cv-14147-RLR
vs.                                 :
                                    :
JAX INVESTMENT HOLDINGS, LLC        :
                                    :
        Defendant.                  :
_____ :


**<u>JOINT STIPULATION AND MOTION FOR ORDER OF DISMISSAL</u>**

The matter in difference in the above entitled action having been amicably adjusted by and between all parties, it is hereby stipulated and agreed defendants are hereby dismissed without costs, with prejudice and with each party bearing its or his own attorneys' fees and costs. Pursuant to Rule 41, Fed.R.Civ.P., Plaintiff and Defendant hereby jointly move this Court for an Order dismissing all claims and causes of action herein with prejudice and with each of said parties bearing its or his own attorneys' fees and costs.


Dated:  July 2, 2020.        By: <u>S/ Anthony J. Brady Jr.</u>
                                 Anthony J. Brady, Jr., Esq.


                                 604 Banyan Trail,
                                 811362
                                 Boca Raton, FL 33431
                                 (561) 603-6387
                                 Ladbrady@gmail.com.

                                 Florida bar number 100366.

                                 Attorney for Plaintiff


Dated:                           <u>/s/ Ronald D. Edwards, Jr.</u>
                             By: Ronald D. Edward Jr.

                                 Lowndes, Drosdick, Doster,

1

```
Kenter & Reed, PA.
215 N Eola Drive.
P.O. Box 2809
Orlando, FL 32801
407. 843.4600
Edwards@lowndeslaw.com
Florida bar number 053233

Attorney for Defendant
```