UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:20-CV-14147-ROSENBERG/MAYNARD

LUDA CANNON,

    Plaintiff,

v.

JAX INVESTMENT HOLDINGS, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. DE 16. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of July, 2020.

                                                    ROBIN L. ROSENBERG
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record